James C. Mahan
U.S. District Judge

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>FRANCIS LAMONT RAINES,<br><br>Defendant(s). | 2:02-CR-374 JCM (PAL) |

## ORDER

Presently before the court is an unopposed motion to substitute counsel for defendant Frances Lamont Raines. (Doc. # 63).

The court previously denied this motion for two reasons: (1) the moving party failed to support the motion with points and authorities as required by local rule 7-2; and, (2) the court doubted the authenticity of all the signatures.

The new defense counsel to be substituted in for defendant Raines has corrected the two deficiencies. The court finds good cause to grant the motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the unopposed motion to substitute counsel for defendant (doc. # 63) be, and the same hereby, is GRANTED.

DATED August 6, 2013.

_____
**UNITED STATES DISTRICT JUDGE**